UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS E. MOBILIA and
THOMAS R. MOBILIA,

       Plaintiffs,

                                                                             CASE NO. 1:12-CV-921

v.

                                                                             HON. ROBERT J. JONKER

NATIONAL CREDIT ADJUSTERS, LLC.,

       Defendant.
_____/

## **ORDER**

      The Court does not find good cause for adjourning the November 14, 2012 Rule 16 Conference.  The Court scheduled the Rule 16 over a month ago.  A previously planned vacation – or other scheduling conflict – should not take over 6 weeks to bring to the Court's attention.  Moreover, when scheduling conflicts do arise, counsel are well-advised to propose alternate dates, whether formally or informally, so a matter is not simply adjourned, but rescheduled to an alternate date certain.  The Court is not in the business of noticing hearings, only to have the parties veto the date six weeks later, and invite the Court to try again, hoping to pull a date out of the hat that better suits counsel's preference.

Dated:    October 31, 2012            /s/ Robert J. Jonker
                                                           ROBERT J. JONKER
                                                            UNITED STATES DISTRICT JUDGE