UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS E. MOBILIA
and THOMAS R. MOBILIA

   Plaintiffs,

v.

NATIONAL CREDIT ADJUSTERS, LLC

   Defendant.
_____/

CASE NO. 1:12-CV-921

HON. ROBERT J. JONKER

## ORDER

This matter is before the Court on Defendant's Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue (docket # 4). The Court heard oral argument on the motion on November 14, 2012. Based on its review of the record, and for the reasons stated in detail in the hearing, the Court concludes that it lacks personal jurisdiction over Defendant. Furthermore, the Court has determined for reasons recited on the record that a transfer under 28 U.S.C. § 1631 to the Eastern District of New York would cure the lack of jurisdiction because Plaintiffs reside there and Defendant indisputably directed mailings and phone calls into that District.

Accordingly, **IT IS ORDERED** that Defendant's Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue (docket # 4) is **GRANTED** to the extent stated here;

**IT IS FURTHER ORDERED** that this case be **TRANSFERRED** to the United States District Court for the Eastern District of New York under 28 U.S.C. § 1631.

Dated: November 15, 2012   /s/ Robert J. Jonker
              ROBERT J. JONKER
              UNITED STATES DISTRICT JUDGE